# SUPREME COURT,

## JULY TERM, 1877.

HON. JOSEPH R. LEWIS.................................. CHIEF JUSTICE.
HON. ROGER S. GREENE........................... ASSOCIATE JUSTICE.
HON. SAMUEL C. WINGARD....................... do        do
R. G. O'BRIEN....................................... CLERK.

DEXTER HORTON AND A. A. DENNY *vs.* KING COUNTY.

Error to Third Judicial District holding terms at Seattle.

Opinion by LEWIS, Chief Justice.

A majority of the court is of the opinion that under the act of 1875, a writ of error must actually issue, to bring an action at law here for review, and there being no writ issued in this cause, the same will be dismissed.

Justice Greene dissents from this opinion.